# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JAMES THOMPSON, et al.** | * | CIVIL ACTION NO. |
| | * | 3:14-CV-00259-WWE |
| **Plaintiffs** | * | |
| | * | |
| **VS.** | * | |
| | * | |
| **NATIONAL UNION FIRE INSURANCE** | * | |
| **COMPANY OF PITTSBURGH, PA.** | * | |
| **Defendants** | * | AUGUST 22, 2014 |

## PLAINTIFFS' FIRST INTERROGATORIES

The plaintiffs, pursuant to Fed. R. Civ. P. 33, hereby serve interrogatories on defendants as follows:

### DEFINITIONS

A. "You," "Your" or "National Union" as used herein, shall mean the National Union Fire Insurance Company of Pittsburgh, PA, and each of its parents, subsidiaries, affiliates, agents, assigns, attorneys, employees, officers, directors, accountants, representatives, consultants, or others acting or purporting to act on its behalf.

B. The "Policy" as used herein, shall mean Your commercial umbrella liability policy number BE080779049 naming Bluewater Energy Solutions, Inc. ("Bluewater") as Named Insured for the period beginning February 03, 2010 to February 03, 2011.

C. The "Claim" as used herein, shall mean Bluewater's demand for defense and indemnity on the Policy pursuant to an explosion at the Kleen Energy project in Middletown, Connecticut, on February 10, 2010.

D. "communications," as used herein, shall mean and include any and all direct or indirect transmissions of information by any means, written, oral, electronically or otherwise.

E. "person" or "persons," as used herein, shall mean any natural person, firm association, organization, partnership, trust, corporation or other legal entity.

F. As used herein, "and" shall mean "and/or." The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender of any word used herein includes the feminine. The past tense of a verb used herein includes the present tense, and the present tense includes the past tense.

G. "document," as used herein, and interpreted to the broadest extent permissible shall mean any human readable form of information, present in any medium from which information can be obtained whether on paper or other tangible medium, in electronic form, or otherwise, including without limitation: writings, drawings, graphs, charts, photographs, sound recording, images, and other data or data compilations.

Examples of "documents" include, but are not limited to intra-company Communications), correspondence, e-mails, telegrams, cables, memoranda, records, books, summaries of records or personal conversations or interviews, diaries, desk calendars, appointment books, journals, and message pads, forecasts, statistical statements, accountants' work papers, graphs, charts, diagrams, certificates, tables, indexes, pictures, recordings, tapes, microfilm, charges, accounts, analytical records, minutes or records of meetings, conferences or conversations, reports or summaries of interviews, reports or

summaries of investigations, texts or surveys, opinions or reports of consultants, appraisals, records, reports or summaries of negotiations, advertisements, brochures, pamphlets, circulars, trade letters, press releases, stenographic or hand-written or other notes, projections, working papers, checks front and back, check stubs or receipts, envelopes, invoice vouchers, data processing cards, tapes or disks or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, and any other document or writing of whatever description, including but not limited to any information contained in any computer, computer peripheral equipment, computer library, or website.

H. "Underwriters' Files" shall mean Documents relating to Your discussions, decisions, recommendations, deliberations, determinations, calculations, meetings, conferences, correspondence, and verbal exchanges pertaining to coverage, exclusions, premiums, and risk relating to the forms and endorsements comprising the Policy at any time prior to or after its inception.

I. "Insurance Commission" shall mean that branch of State governmental authority that is empowered to license and regulate the practices of insurance carriers and to approve such forms of policiy, endorsements, and other insurance contract documents in order for such carriers to conduct business in the State.

## INTERROGATORIES

1. Identify all forms of commercial umbrella liability policy and any endorsements that You have submitted to the Insurance Commission in the State of Georgia

that include provisions relating to, or otherwise give meaning to the words "wrap-up", "rating plan", "CCIP", or "OCIP".

2. Identify all forms of commercial umbrella liability policy and any endorsements that You have submitted to the Insurance Commission in the State of Connecticut that include provisions relating to, or otherwise give meaning to the words "wrap-up", "rating plan", "CCIP", or "OCIP".

3. Identify all forms of commercial umbrella liability policy and any endorsements that You have submitted to the Insurance Commission in the State of New York that include provisions relating to, or otherwise give meaning to the words "wrap-up", "rating plan", "CCIP", or "OCIP".

4. Identify all forms of commercial umbrella liability policy and any endorsements that You have submitted to the Insurance Commission in the State of Pennsylvania that include provisions relating to, or otherwise give meaning to the words "wrap-up", "rating plan", "CCIP", or "OCIP".

5. Identify all Documents in your possession and any other source or authority from which You have derived meaning of the terms "wrap-up", or "rating plan."

6. Identify all Underwriters' Files in your possession that pertain to Policy coverage, exclusions, endorsements, modifications, premium pricing and risk assessment before the date of Policy inception.

7. Identify all Underwriters' Files in your possession that pertain to Policy coverage, exclusions, endorsements or modifications on or after the date of Policy inception.

8. Identify all Underwriters' Files relating to the Claim or Your denial of coverage under the Policy.

9. Identify all Documents in Your possession relating to Your denial of coverage under the Policy.

10. Identify each of Your employees, consultants, or other personnel under Your control and direction that contributed to Your assessment or determination of coverage under the Policy relating to the Claim.

11. Identify each person employed by or otherwise operating at the direction of Chartis Claims, Inc. in relation to coverage assessments or other determinations pertaining to the Policy and pursuant to the Claim.

12. Identify Your managers, underwriters, executives, officers, directors other persons in Your organization that oversee, supervise, or have communicated with Chartis Claims, Inc. or its operatives in relation to the Claim or coverage under the Policy.

13. Identify all persons that hold 10% or more ownership interest, managers, officers or directors of both Your organization and Chartis Claims, Inc. at any time during the period January 01, 2010 until the present time.

14. Describe with particularity the role and responsibilities of each person identified in Interrogatory 13.

15. Identify all persons that hold 10% or more ownership interest in any entity within Your organization that is also a shareholder, manager, executive, or director of American International Group, Inc.

16. Identify any and all basis[es] for the denials of the allegations of the plaintiffs appearing in defendant's answer.

THE PLAINTIFFS,

By_____
JOEL T. FAXON
FAXON LAW GROUP, LLC
59 ELM STREET
NEW HAVEN, CT  06510
TEL. 203-624-9500
FAX 203-624-9100
jfaxon@faxonlawgroup.com
FEDERAL BAR NO. ct16255

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. mail, postage prepaid, on this date, to the following counsel of record:

Joseph J. Blyskal (ct28055)
GORDON & REES LLP
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033

BY: _____
Joel T. Faxon
Federal Bar No. ct16255
FAXON LAW GROUP, LLC
jfaxon@faxonlawgroup.com