# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JAMES THOMPSON, et al.** | * | CIVIL ACTION NO. |
| | * | 3:14-CV-00259-WWE |
| **Plaintiffs** | * | |
| | * | |
| VS. | * | |
| | * | |
| **NATIONAL UNION FIRE INSURANCE** | * | |
| **COMPANY OF PITTSBURGH, PA.** | * | |
| **Defendants** | * | AUGUST 22, 2014 |

<u>**PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS**</u>

The plaintiffs, pursuant to Fed. R. Civ. P. 34, hereby serve requests for production on defendants as follows:

If You decline to respond any Request, or any portion thereof, due to a claim of the attorney-client and/or other privilege, for each such claim of privilege state fully the basis for the claim of privilege, including sufficient information for defendant to evaluate such privilege claim(s) by identifying who drafted or received the documents, providing a brief description of the content of the document and identifying the date of document.

## DEFINITIONS

A. "You," "Your" or "National Union" as used herein, shall mean the National Union Fire Insurance Company of Pittsburgh, PA, and each of its parents, subsidiaries, affiliates, agents, assigns, attorneys, employees, officers, directors, accountants, representatives, consultants, or others acting or purporting to act on its behalf.

B. The "Policy" as used herein, shall mean Your commercial umbrella liability policy Number BE080779049 naming Bluewater Energy Solutions, Inc. as Named Insured for the period beginning February 03, 2010 to February 03, 2011.

C. "communications," as used herein, shall mean and include any and all direct or indirect transmissions of information by any means, written, oral or otherwise.

D. "person" or "persons," as used herein, shall mean any natural person, firm association, organization, partnership, trust, corporation or other legal entity.

E. As used herein, "and" shall mean "and/or." The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender of any word used herein includes the feminine. The past tense of a verb used herein includes the present tense, and the present tense includes the past tense.

F. "document," as used herein, and interpreted to the broadest extent permissible shall mean any human readable form of information, present in any medium from which information can be obtained whether on paper or other tangible medium, in electronic form, or otherwise, including writings, drawings, graphs, charts, photographs, sound recording, images, and other data or data compilations, stored.

In particular, these requests seek the original and all drafts of all written or graphic matter however produced or reproduced, of any kind or description, and all copies thereof which are different from the original (whether different by receipt stamp, notation, indication of copies sent or received, or otherwise), whether printed or recorded electronically or magnetically or reproduced by hand. Examples of "documents" include, but are not limited to intra-company Communications), correspondence, e-mails, telegrams, cables, memoranda, records, books, summaries of records or personal conversations or interviews, diaries, desk calendars, appointment books, journals, and message pads,

forecasts, statistical statements, accountants' work papers, graphs, charts, diagrams, certificates, tables, indexes, pictures, recordings, tapes, microfilm, charges, accounts, analytical records, minutes or records of meetings, conferences or conversations, reports or summaries of interviews, reports or summaries of investigations, texts or surveys, opinions or reports of consultants, appraisals, records, reports or summaries of negotiations, advertisements, brochures, pamphlets, circulars, trade letters, press releases, stenographic or hand-written or other notes, projections, working papers, checks front and back, check stubs or receipts, envelopes, invoice vouchers, data processing cards, tapes or disks or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, and any other document or writing of whatever description, including but not limited to any information contained in any computer, computer peripheral equipment, computer library, or website.

## **REQUESTS FOR PRODUCTION**

1. Produce all documents identified in Your response to Interrogatory 1.

2. Produce all documents identified in Your response to Interrogatory 2.

3. Produce all documents identified in Your response to Interrogatory 3.

4. Produce all documents identified in Your response to Interrogatory 4.

5. Produce all documents identified in Your response to Interrogatory 5.

6. Produce all documents identified in Your response to Interrogatory 6.

7. Produce all documents identified in Your response to Interrogatory 7.

8. Produce all documents identified in Your response to Interrogatory 8.

9. Produce all documents identified in Your response to Interrogatory 9.

10. Produce the name, job title, current address, telephone number, and email address of each person identified in Your response to Interrogatory 10.

11. Produce the name, job title, current address, telephone number, and email address of each person identified in Your response to Interrogatory 11.

12. Produce the name, job title, current address, telephone number, and email address of each person identified in Your response to Interrogatory 12.

13. Produce all documents in your possession relating to: (i) coverage under the Policy; or (ii) the Claim that were produced, received or transmitted by the persons identified in Interrogatory 12.

14. Produce all documents identified in Your response to Interrogatory 15.

THE PLAINTIFFS,

By _____
JOEL T. FAXON
FAXON LAW GROUP, LLC
59 ELM STREET
NEW HAVEN, CT 06510
TEL. 203-624-9500
FAX 203-624-9100
jfaxon@faxonlawgroup.com
FEDERAL BAR NO. ct16255

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed via U.S. mail, postage prepaid, on this date, to the following counsel of record:

Joseph J. Blyskal (ct28055)
GORDON & REES LLP
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033

BY: _____
     Joel T. Faxon
     Federal Bar No. ct16255
     FAXON LAW GROUP, LLC
     jfaxon@faxonlawgroup.com