# **EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JAMES THOMPSON, et al.**<br>**Plaintiffs** | * | CIVIL ACTION NO. |
| | * | 3:14-CV-00259-WWE |
| **VS.** | * | |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**<br>**Defendants** | * | AUGUST 22, 2014 |

## PLAINTIFFS' FIRST REQUESTS FOR ADMISSION

The plaintiffs, pursuant to Fed. R. Civ. P. 36, hereby serve requests for admission on defendants as follows:

### DEFINITIONS

A.  "You," "Your" or "National Union" as used herein, shall mean the National Union Fire Insurance Company of Pittsburgh, PA, and each of its parents, subsidiaries, affiliates, agents, assigns, attorneys, employees, officers, directors, accountants, representatives, consultants, or others acting or purporting to act on its behalf.

B.  The "Policy" as used herein, shall mean Your commercial umbrella liability policy Number BE080779049 naming Bluewater Energy Solutions, Inc. as Named Insured for the period beginning February 03, 2010 to February 03, 2011.

C.  "communications," as used herein, shall mean and include any and all direct or indirect transmissions of information by any means, written, oral or otherwise.

D.  "person" or "persons," as used herein, shall mean any natural person, firm association, organization, partnership, trust, corporation or other legal entity.

E.  As used herein, "and" shall mean "and/or." The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender of any word used herein includes the feminine. The past tense of a verb used herein includes the present tense, and the present tense includes the past tense.

F.  "Insurance Commissioner" shall mean that branch of regulatory authority of a State empowered with the licensing and regulation of insurance companies issuing policies in the State.

## REQUESTS FOR ADMISSION

1. Admit that You have authorized Chartis Claims, Inc. to act on Your behalf in making determinations of coverage under the Policy relating to the Claim on or before August, 2011.

2. Admit that Chartis Claims, Inc. continues to act on Your behalf and with Your authority in making coverage determinations under the Policy in relation to the Claim until the present date.

3. Admit that You are bound by the determinations of coverage under the Policy communicated by Chartis Claims, Inc. to Your insured in relation to the Claim.

THE PLAINTIFFS

By _____
JOEL T. FAXON
FAXON LAW GROUP, LLC
59 ELM STREET
NEW HAVEN, CT 06510
TEL. 203-624-9500
FAX 203-624-9100
jfaxon@faxonlawgroup.com
FEDERAL BAR NO. ct16255

## **CERTIFICATION OF SERVICE**

   This is to certify that a copy of the foregoing was mailed via U.S. mail, postage prepaid, on this date, to the following counsel of record:

Joseph J. Blyskal (ct28055)
GORDON & REES LLP
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033

BY: _____
Joel T. Faxon
Federal Bar No. ct16255
FAXON LAW GROUP, LLC
jfaxon@faxonlawgroup.com